FILED
2009 Nov-20 PM 03:24
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| JACQUELINE E. THOMPSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CASE NO.: |
| v. | ) | |
| | ) | CV-09-RRA-989-E |
| PETE GEREN, SECRETARY OF THE ARMY, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**Memorandum Opinion**
(Defendant's Motion to Dismiss, ct. doc. 5)

The case is now before the court on the motion of the defendant to dismiss this action pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. (Doc. 5.) On November 2, 2009, the magistrate issued a report and recommendation and recommended that the motion be granted due to the fact that this court lacks subject matter jurisdiction over this claim. The plaintiff filed an objection to the recommendation.

In her objection, the Plaintiff relies on *England v. Kemp*, 976 F.2d 662 (11th Cir. 1992), as indicative of a different approach to jurisdiction by the Eleventh Circuit. The *Kemp* case, however, contrary to the Plaintiff's assertion, involved jurisdiction to enforce a <u>consent order</u>, NOT a settlement agreement. That case does not establish jurisdiction to set aside a settlement agreement.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, and the objections thereto, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and his recommendation is ACCEPTED. The court EXPRESSLY FINDS that Plaintiff has failed to establish that the court has subject matter jurisdiction over this matter. Accordingly, the defendant's motion to dismiss is due

to be GRANTED and this action is due to be DISMISSED WITH PREJUDICE.  A Final Judgment will be entered.

   DONE this the 20th day of November, 2009.

                                                                   _____
                                                                   KARON OWEN BOWDRE
                                                                   UNITED STATES DISTRICT JUDGE